UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X   **RHS 3889**

In Re:                                                                                              PREPETITION SERVICES

    **CARLOS DACOSTA,**                                                       Case No.:

    Debtors.

-----------------------------------------------------------------------X

ROBERT H. SOLOMON, an attorney duly admitted to practice in this Court states:

1. That I am a member of the law firm of ROBERT H. SOLOMON, attorney for the above named debtor.

2. That prior to the filing of the petition herein, my law firm rendered the following services to the above named debtor:

| DATE | SERVICE | TIME |
|---|---|---|
| 4/12/19 | Initial interview analyses of financial condition, etc. | 1 hours |
| 4/19/19 | Preparation of petition; revisions; review with client | 2 hours |
| 5/3/19 | Additional Revision; Client signs Petition | 1 hour |
| 5/6/19 | Additional Revision; File | 1 hour |

3. That my firm will also represent the debtor at the first meeting of creditors and confirmation hearing (if any).

4. That all services rendered prior to the filing of the petition were rendered personally by me.

5. That my usual rate of compensation on bankruptcy matters of this type is $375.00 per hour.

Dated: Long Beach, New York
       May 6, 2019

    /s/ Robert H. Solomon, Esq.
    **ROBERT H. SOLOMON, ESQ.**
    **Attorney for Debtor**
    **24 East Park Avenue**
    **P.O. Box 58**
    **Long Beach, NY 11561**
    **(516) 432-1622**